IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| Sean Christopher Clemmons, | ) | C/A No. 0:16-cv-01305-DCC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| United States of America, Warden Travis Bragg, Health Services Administrator Canada, Lieutenant Dunbar, Officer Strickland, Mays, Mills, Doctor Berrios, MLP H. Hansen, K. Robinson, Officer Godbey, Officer Legett, | ) | |
| Defendants. | ) | |

Plaintiff, an inmate, alleges a violation of his civil rights pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 397 (1971). By Orders dated October 15, 2018, and January 9, 2019, the undersigned granted in part and denied in part Defendants' motion for summary judgment. In reviewing Plaintiff's claims against Defendants, it appears to the Court that this pro se litigant has colorable claims—further expanded upon in the referenced Orders—but lacks the capacity to properly present such claims. *See Zuniga v. Effler*, 2012 WL 2354464 (4th Cir. 2012). In such a circumstance, the Court has the discretion to appoint counsel for the pro se litigant if the party is unable to afford counsel. 28 U.S.C. § 1915(e). The Court finds that appointment of counsel is proper under these circumstances and appoints J. Ashley Twombley of Twenge & Twombley, LLC, as counsel for Plaintiff.

IT IS SO ORDERED.

s/Donald C. Coggins, Jr.
United States District Judge

January 9, 2019
Spartanburg, South Carolina

1