UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Sean Christopher Clemmons,<br>*Plaintiff*<br>v. | )<br>) | Civil Action No.   0:16-cv-01305-DCC |
| United States of America; Warden Hudson; Unit Manager Amy Leonard; Case Manager W. Wahlen; Warden Travis Bragg; AW Furman; Captain Hicks; Health Service Administrator Canada; Food Service Administrator Kinnion; Lieutenant Baits; E. Negron-Oliver, Disciplinary Hearing Official; Unit Manager Holland; Lieutenant Torres; Case Manager Swan; Counselor Keyes; Lieutenant Dunbar; Officer Strictland; Mays; Mills; Doctor Berrios; MLP H Hansen; Kirkland; RN Donna Griffith; K. Robinson; D. Kowszik, RN; HIT Kimbrell; Physician Kimberly Lemons; MLP Romero; Adams; Jane Doe, Medical Air Marshal; Trust Fund Official Leviner; Federal Bureau of Prisons; SIS Bennett; Fortune; Officer Godbey; Officer Legett; Psychologist Figuora; Acting Captain Caraluzzi; Associate Warden Kelly,<br>*Defendant* | )<br>)<br>)<br>)<br>) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Sean Christopher Clemmons, shall take nothing of the defendants; Warden Hudson, Unit Manager Amy Leonard, Case Manager W. Wahlen, Physician Kimberly Lemons, MLP Romero, and Adams, as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed.

■ other: Summary judgment is hereby entered for the defendants; AW Furman, Food Service Administrator Kinnion, Lieutenant Baits, E Negron-Oliver, Unit Manager Holland, Lieutenant Torres, Case Manager Swan, Counselor Keyes, Kirkland, RN Donna Griffith, D Kowszik, HIT Kimbrell, Jane Doe, Trust Fund Official Leviner, Federal Bureau of Prisons, SIS Bennett, Fortune , Psychologist Figuora, Acting Captain Caraluzzi, and Associate Warden Kelly. The plaintiff, Sean Christopher Clemmons, shall take nothing of the defendants as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed with prejudice.

■ other: Summary judgment is hereby entered for the defendant; Captain Hicks. The plaintiff, Sean Christopher Clemmons, shall take nothing of the defendant as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

■ decided by the Honorable A. Marvin Quattlebaum, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended granting defendants Warden Hudson, Unit Manager Amy Leonard, Case Manager W. Wahlen, Physician Kimberly Lemons, MLP Romero, and Adams' motion to dismiss.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended granting defendants AW Furman, Food Service Administrator Kinnion, Lieutenant Baits, E Negron-Oliver, Unit Manager Holland, Lieutenant Torres, Case Manager Swan, Counselor Keyes, Kirkland, RN Donna Griffith, D Kowszik, HIT Kimbrell, Jane Doe, Trust Fund Official Leviner, Federal Bureau of Prisons, SIS Bennett, Fortune , Psychologist Figuora, Acting Captain Caraluzzi, and Associate Warden Kelly's motion for summary judgment.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended granting defendant Captain Hicks's motion for summary judgment.

Date:   August 22, 2019                                              ROBIN L. BLUME, CLERK OF COURT

                                                                     _____
                                                                     *Signature of Clerk or Deputy Clerk*